**Adrian Charles BANKS, Plaintiff—Appellant,**

v.

**State of SOUTH CAROLINA, Defendant–Appellee.**

**No. 11–1670.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2011.

Decided: Nov. 8, 2011.

Adrian Charles Banks, Appellant Pro Se. James Emory Smith, Jr., Assistant Attorney General, Columbia, South Carolina, for Appellee.

Before NIEMEYER, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Charles Banks appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Banks v. South Carolina,* No. 8:10–cv–03031–JMC (D.S.C. May 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*